Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE  6502-0
gwk@hawaiilawyer.com
LOREN A. SEEHASE    10414-0
las@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone:  (808) 531-8031
Facsimile:   (808) 533-2242

Attorneys for Plaintiff
MAKAI RANCH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAKAI RANCH, LLC, | CIVIL NO. 18-00431 LEK-WRP |
| Plaintiff, | |
| vs. | SECOND STIPULATION TO STAY PROCEEDINGS and ORDER |
| FIRST AMERICAN TITLE INSURANCE COMPANY; and DOE DEFENDANTS 1-10, | Trial:<br>Date:  February 10, 2020<br>Time:  9:00 a.m. |
| Defendants. | |

## SECOND STIPULATION TO STAY PROCEEDINGS

Plaintiff Makai Ranch, LLC ("Makai Ranch" or "Plaintiff"), and Defendant First American Title Insurance Company ("First American" or "Defendant"), by and through their respective attorneys, and pursuant to Rule 10.4 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby stipulate and agree as follows:.

WHEREAS, Plaintiff and Defendant have elected to attempt to pursue a mediated resolution of their respective disputes, and mediation is scheduled for July 11, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiff and Defendant agree to stay this civil action until August 1, 2019, unless otherwise moved upon by either party upon two (2) weeks' notice.

2. During the stay period provided for herein, Plaintiff and Defendant will participate in mediation in a good faith attempt to settle their disputes before retired Judge Riki May Amano on July 11, 2019.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter its order approving this stipulation and directing the parties to comply therewith.

---

*Makai Ranch, LLC v. First American Title Company*, CIVIL NO. 18-00431 LEK-WRP, SECOND STIPULATION TO STAY PROCEEDINGS and ORDER

DATED:  Honolulu, Hawaii, May 16, 2019.

                        DAMON KEY LEONG KUPCHAK HASTERT

                        */s/ Loren A. Seehase*
                        GREGORY W. KUGLE
                        LOREN A. SEEHASE
                        Attorneys for Plaintiff
                        MAKAI RANCH, LLC

DATED:  Honolulu, Hawaii, May 16, 2019.

                        */s/ Michael C. Bird*
                        MICHAEL C. BIRD
                        SUMMER H. KAIAWE
                        Attorneys for Defendant
                        FIRST AMERICAN TITLE INSURANCE
                        COMPANY

APPROVED AND SO ORDERED.

DATED, HONOLULU, HAWAII, MAY 21, 2019.



Wes Reber Porter
United States Magistrate Judge

---

*Makai Ranch, LLC v. First American Title Company*, CIVIL NO. 18-00431 LEK-WRP, SECOND STIPULATION TO STAY PROCEEDINGS and ORDER