Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE  6502-0
gwk@hawaiilawyer.com
LOREN A. SEEHASE    10414-0
las@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone:  (808) 531-8031
Facsimile:   (808) 533-2242

Attorneys for Plaintiff
MAKAI RANCH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAKAI RANCH, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; and DOE DEFENDANTS 1-10,<br><br>　　　　　　　Defendants. | CIVIL NO. 18-00431 LEK-WRP<br>(DECLARATORY JUDGMENT, OTHER NON-VEHICLE TORT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br><br>Trial: February 10, 2020<br>Trial Judge: Hon. Leslie E. Kobayashi |

452000

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that the Complaint filed on November 7, 2018, is hereby dismissed as to all parties, with prejudice.

All appearing parties have signed this Stipulation. Each party is to bear its own attorneys' fees and costs. Trial in this matter was stayed pending mediation. There are no remaining parties, claims, or issues.

The parties agree that this Stipulation may be signed in counterparts with the same effect as if all parties had signed the same document.

DATED: Honolulu, Hawaii, July 17, 2019.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ Gregory W. Kugle*
GREGORY W. KUGLE
LOREN A. SEEHASE
Attorneys for Plaintiff
MAKAI RANCH, LLC

---

*Makai Ranch, LLC v. First American Title Company*, CIVIL NO. 18-00431 LEK-WRP, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

DATED: Honolulu, Hawaii, July 17, 2019.

*/s/ Michael C. Bird*
MICHAEL C. BIRD
SUMMER H. KAIAWE
Attorneys for Defendant
FIRST AMERICAN TITLE INSURANCE
COMPANY

**APPROVED AND SO ORDERED:**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Makai Ranch, LLC v. First American Title Company*, CIVIL NO. 18-00431 LEK-WRP, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES